Argued June 21, affirmed June 21, petition for rehearing denied
July 26, petition for review denied September 21, 1973

STATE OF OREGON, *Respondent, v.* JANICE
KAY LaBRUE (No. 39305), *Appellant.*

510 P2d 1349

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Doyle L. Schiffman,* District Attorney, Roseburg,
argued the cause for respondent. With him on the
brief was Brian R. Barnes, Deputy District Attorney,
Roseburg.

Before SCHWAB, Chief Judge, and FOLEY and
THORNTON, Judges.

AFFIRMED FROM THE BENCH.